|   |   |
|---|---|
| BRIAN J. PENNINGTON, | Case No. 1:23-cv-00025-SAB |
| Plaintiff, | ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF Nos. 7, 14) |
| Defendant. | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On May 24, 2023, the parties submitted a stipulated request to extend the briefing schedule, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 14.) The parties seek an extension of time to file Plaintiff's motion for summary judgment from June 1, 2023, to July 31, 2023. This is Plaintiff's first request for an extension. The parties proffer good cause exists because counsel currently has 26 merit briefs and several letter briefs and reply briefs due around that time, and additional time is required for counsel to thoroughly consider the briefing issues of this matter. The Court is satisfied that good cause exists to grant the requested extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 17) is GRANTED;
2. Plaintiff shall have until **July 31, 2023**, to file the motion for summary judgment;

1

and

3. All remaining deadlines as set forth in the scheduling order (ECF No. 7) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __**May 24, 2023**__

UNITED STATES MAGISTRATE JUDGE